Argued and submitted August 31, 1993, affirmed by an equally divided court
September 9, 1994

STATE OF OREGON,
*Respondent on Review,*

*v.*

THOMAS ELDRIDGE LAWRENCE,
*Petitioner on Review.*

(DC 903896; CA A70304; SC S39919)

880 P2d 431

Jeffrey C. Hollen, of Richardson, Ouderkirk & Hollen, Newport, argued the cause and filed the petition for petitioner on review.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent on review.

Before Carson, Chief Justice, and Peterson,** Gillette, Van Hoomissen, Fadeley, Unis, and Graber, Justices.

PER CURIAM

Affirmed by an equally divided court.

Unis, J., dissented and filed an opinion.

** Peterson, J., retired December 31, 1993.

**UNIS, J.,** dissenting.

In my view, the decision of the Court of Appeals in this case should be vacated, and this case should be remanded to the Court of Appeals in light of this court's decision in *State v. Nagel*, 320 Or 24, 880 P2d 451 (1994).